# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JEREMY R. STATER,**
    **Plaintiff,**

v.                                                     Case No. 17-C-679

**JOEL RIGUER,**
    **Defendant.**

## ORDER

Plaintiff Jeremy R. Stater is a Wisconsin state prisoner who is representing himself. On January 18, 2018, plaintiff filed a motion to compel. Docket No. 23. Defendant responded to the motion by copying the court on a letter sent from defendant's counsel to plaintiff. Docket No. 24. The letter explained that defendant had not yet received the requested documents from plaintiff's institution; it assured plaintiff that once defendant received the documents, he would deliver a copy to plaintiff. As such, I will deny plaintiff's motion to compel.

On February 15, 2018, plaintiff filed a motion for an extension of time. Docket No. 25. Defendant joined in the motion on February 19. Docket No. 26. The parties explain that plaintiff's institution has not yet provided all of the requested documents. They ask for an extension of the discovery deadline to allow the institution sufficient time to gather and deliver the documents to defendant, who will in turn send a copy to plaintiff. I will grant the motion for an extension of time.

**THEREFORE, IT IS ORDERED** that plaintiff's motion to compel (Docket No. 23) is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's motions for an extension of time are (Docket No's. 25, 27) **GRANTED**. The parties must complete discovery by **April 2, 2018**. If a party chooses to file a dispositive motion, it must do so by **May 2, 2018**.

Dated at Milwaukee, Wisconsin, this 28th day of February, 2018.

/s Lynn Adelman
Lynn Adelman
United States District Judge